**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GARY ABEYTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PBCO. INC., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-04177-BLF<br><br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE AND TERMINATING MOTION TO WITHDRAW THE REFERENCE** |

On July 5, 2018, Petitioner Paul Bruno filed a Motion to Withdraw the Reference in the Bankruptcy Court. ECF 1; *see In re Gary Abeyta*, No. 18-10441-RLE, ECF 11. On July 31, 2018, the Bankruptcy Court issued a Report and Recommendation to this Court to deny the Motion to Withdraw the Reference. ECF 3. On August 6, 2018, Petitioner filed in the Bankruptcy Court a Notice of Withdrawing Petition, stating that "Petitioner and Respondent stipulate to withdraw this Petition, and respectfully request the Court proceed no further, as the Petition is hereby withdrawn. Thus, the matter may be closed." As such, Petitioner's Motion to Withdraw the Reference is MOOTED and the appeal is TERMINATED without prejudice. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: August 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge